# United States District Court
# Central District of California

| | |
|---|---|
| MARQISE LEE,<br><br>                    Plaintiff,<br><br>       v.<br><br>CERTAIN UNDERWRITERS AT LLOYDS LONDON,<br><br>                    Defendant. | Case No. 2:15-cv-1614-ODW(JCx)<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 58), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **on or before June 22, 2016**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

May 24, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**